# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,

Appellant,

v.

SUNVIEW SOFTWARE, INC., a Florida corporation,

Appellee.

No. 2D23-478

————————————————

September 1, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Mark Wolfe, Judge.

Jeremy D. Bailie and R. Quincy Bird of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellant.

Jay M. Levy of Jay M. Levy, P.A., Miami, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.